UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
CAPITAL VENTURES INTERNATIONAL,   :
          :
          Plaintiff,   :
          :
          v.   :   14 Civ. 7258 (TPG)
          :
REPUBLIC OF ARGENTINA,   :   **DECLARATION**
          :
          Defendant.   :
          :
          :
------------------------------------------------------------X

       I, ELAINE K. LOU, am over the age of eighteen, have personal knowledge of, and am competent to testify to, the facts set forth below, and declare the following to be true and correct pursuant to 28 U.S.C. Section 1746:

       1.    I submit this Declaration in support of my application, in accordance with Local Civil Rule 1.4, to withdrawal as counsel for Plaintiff Capital Ventures International ("CVI") in the above-captioned action.

       2.    I am currently listed as one of the attorneys of record for CVI.

       3.    As of March 2, 2016, I will no longer be associated with Ballard Spahr LLP.

       4.    Scott M. Himes of Ballard Spahr LLP will continue as lead counsel for CVI, and M. Norman Goldberger and Laura E. Krabill of Ballard Spahr LLP will continue as counsel for CVI.

       5.    A copy of this application is being served on the client by U.S. Mail, in accordance with Local Civil Rule 1.4.  Ballard Spahr LLP has discussed my withdrawal with CVI, and it does not object.

2

    4. Because Ballard Spahr LLP will continue as counsel for CVI, I believe that no prejudice results to the client from permitting my withdrawal and that my withdrawal will not affect the ongoing proceedings.  I am not asserting a retaining or charging lien.

    5. I therefore respectfully request that the Court enter an order permitting my withdrawal from the case as counsel for Plaintiff CVI.

February 29, 2016              /s/ Elaine K. Lou
Date                      Elaine K. Lou